```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

ASA S. LEWIS, SR.                :
                                 :
     Plaintiff,                  :   CIVIL ACTION
                                 :
v.                               :   NO. 1:15-CV-719-AT-ECS
                                 :
THE HOME DEPOT                   :
                                 :
     Defendant.                  :

**O R D E R**

Plaintiff Asa S. Lewis, Sr., proceeding pro se, seeks to file this employment discrimination action without prepayment of fees and costs or security therefor pursuant to 28 U.S.C. § 1915(a). [Doc. 1]. Upon consideration, Plaintiff's request to proceed in forma pauperis ("IFP") is **DENIED**. In response to most of the questions on the IFP application, Plaintiff simply wrote "same" without identifying any other answer as referent. As a result, the application does not provide sufficient information on its face to determine whether Plaintiff is eligible to proceed IFP.

To correct the deficiencies discussed above, Plaintiff may submit a new IFP application within **thirty (30) days** of entry of this order. The Clerk is **DIRECTED** to send Plaintiff a blank "Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." If Plaintiff wishes to be considered for IFP status, he must submit a

completed application with all questions answered and none left blank. The failure to submit a new IFP application or to pay the filing fee within **thirty (30) days** of entry of this order will result in a recommendation that this action be dismissed.

**SO ORDERED** this 24th day of March, 2015.

s/ *E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE